Certificate Number: 05781-PAM-DE-032958377

Bankruptcy Case Number: 19-02388


05781-PAM-DE-032958377

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2019, at 1:04 o'clock PM PDT, Barbara Mcclain completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 12, 2019        By:    /s/Allison M Geving

                           Name:  Allison M Geving

                           Title: President