```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                         Case No. 19-02388-HWV
Barbara Jean McClain                                           Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: CGambini            Page 1 of 1            Date Rcvd: Jul 15, 2019
                            Form ID: ntcnfhrg         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db         +Barbara Jean McClain,    4129 Beaufort Hunt Drive,    Harrisburg, PA 17110-3711
5206082    +CBNA / Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
5206083    +CBNA / Sears,   PO Box 6283,    Sioux Falls, SD 57117-6283
5206085     Geisinger Health System,    Attn: Patient Service Call Center,    100 North Academy Avenue,
             Danville, PA 17822-3902
5212721    +New Cumberland FCU,    PO Box 658,   New Cumberland, PA 17070-0658
5206087    +New Cumberland Federal Credit Union,    345 Lewisberry Road,    New Cumberland, PA 17070-2306
5206088     Pinnacle Health,    PO Box 826813,   Philadelphia, PA 19182-6813
5206089    +Rocket Loans,    1274 Library St 2nd Floor,    Detroit, MI 48226-2256
5206092     USAA Federal Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-9876
5206093    +West Shore Anesthesia Associates,    PO Box 947,    Chambersburg, PA 17201-0947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2019 20:01:47
            PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5206084    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 15 2019 19:55:47     Comenity Bank / Boscov's,
            Attn: Bankruptcy Department,    PO Box 183043,    Columbus, OH 43218-3043
5206086    +E-mail/Text: cio.bncmail@irs.gov Jul 15 2019 19:55:39     Internal Revenue Service,
            Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
5213724    +E-mail/Text: bankruptcyteam@quickenloans.com Jul 15 2019 19:56:20     Quicken Loans Inc.,
            635 Woodward Avenue,    Detroit, MI 48226-3408
5206242    +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 20:02:50     Synchrony Bank,
            c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5206090     E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 20:02:50     Synchrony Bank / PayPal Extras,
            Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
5206091     E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 20:02:50     Synchrony Bank / Walmart,
            Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Barbara Jean McClain pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Barbara Jean McClain,   Chapter 13

    **Debtor 1**

Case No.   1:19–bk–02388–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 21, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 28, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 15, 2019 |

ntcnfhrg (03/18)