# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: BARBARA JEAN MCCLAIN

       Debtor(s)

| | |
|---|---|
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>    Movant | CHAPTER 13 |
| vs. | |
| BARBARA JEAN MCCLAIN etal.<br>    Respondent(s) | CASE NO: 1-19-02388-HWV |

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 19, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: September 19, 2022      Respectfully submitted,

                 /s/ Douglas R. Roeder, Esquire
                 ID: 80016
                 Attorney for Movant
                 Jack N. Zaharopoulos, Trustee
                 Standing Chapter 13 Trustee
                 8125 Adams Drive, Suite A
                 Hummelstown, PA 17036
                 Phone: (717) 566-6097
                 email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: BARBARA JEAN MCCLAIN

　　　　　　　　　　　　　　　Debtor(s)

JACK N. ZAHAROPOULOS　　　　　　　　　　CHAPTER 13
CHAPTER 13 TRUSTEE
　　　　　　　　　Movant

vs.

BARBARA JEAN MCCLAIN etal.　　　　　　CASE NO: 1-19-02388-HWV
　　　　　　　Respondent(s)

### NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

　　　October 12, 2022 at 09:35 AM
　　　Bankruptcy Courtroom
　　　Ronald Reagan Federal Bldg
　　　3rd Floor, 228 Walnut Street
　　　Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
　　**AMOUNT DELINQUENT AS OF LAST MONTH: $ 2,787.00**
　　**AMOUNT DUE FOR THIS MONTH: $718.00**
　　**TOTAL AMOUNT DUE BEFORE HEARING DATE: $3,505.00**

**NOTE:**
　　**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

　　**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

　　**If submitting payment by U.S. First Class Mail** mail to**:**
　　　　**CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

　　If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: September 19, 2022

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos, Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: BARBARA JEAN MCCLAIN

        Debtor(s)

JACK N. ZAHAROPOULOS        CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant

vs.

BARBARA JEAN MCCLAIN etal.        CASE NO: 1-19-02388-HWV
        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 19, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL PA 17011-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

BARBARA JEAN MCCLAIN
4129 BEAUFORT HUNT DRIVE
HARRISBURG PA 17110

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 19, 2022          /s/ Matt Arcuri
                                                 Office of the Standing Chapter 13 Trustee
                                                 Jack N. Zaharopoulos, Trustee
                                                 Suite A, 8125 Adams Dr.
                                                 Hummelstown, PA 17036
                                                 Phone: (717) 566-6097
                                                 email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BARBARA JEAN MCCLAIN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CASE NO: 1-19-02388-HWV

vs.

BARBARA JEAN MCCLAIN

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.