## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    BARBARA JEAN MCCLAIN

                          Debtor(s)

JACK N. ZAHAROPOULOS                          CHAPTER 13
CHAPTER 13 TRUSTEE
                          Movant
vs.
BARBARA JEAN MCCLAIN

                                              CASE NO: 1-19-02388-HWV
                          Respondent(s)


### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 12, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    January 12, 2023                    Respectfully submitted,

                                              /s/    Douglas R. Roeder, Esquire
                                              ID:  80016
                                              Attorney for Movant
                                              Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA 17036
                                              Phone:  (717) 566-6097
                                              email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    BARBARA JEAN MCCLAIN

                          Debtor(s)

JACK N. ZAHAROPOULOS                         CHAPTER 13
CHAPTER 13 TRUSTEE
                          Movant
vs.
BARBARA JEAN MCCLAIN

                                             CASE NO: 1-19-02388-HWV
                          Respondent(s)


**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

        February 8, 2023 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2,763.00**
        **AMOUNT DUE FOR THIS MONTH:  $921.00**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $3,684.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   January 12, 2023

Respectfully submitted,

/s/   Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    BARBARA JEAN MCCLAIN

                        Debtor(s)

JACK N. ZAHAROPOULOS                     CHAPTER 13
CHAPTER 13 TRUSTEE
                        Movant
vs.
BARBARA JEAN MCCLAIN
                                         CASE NO: 1-19-02388-HWV

                        Respondent(s)


### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 12, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL PA  17011-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

Served by First Class Mail

BARBARA JEAN MCCLAIN
4129 BEAUFORT HUNT DRIVE
HARRISBURG  PA   17110

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 12, 2023                  /s/  Matt Arcuri
                                         Office of the Standing Chapter 13 Trustee
                                         Jack N. Zaharopoulos
                                         Suite A, 8125 Adams Dr.
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  BARBARA JEAN MCCLAIN

                                        CHAPTER 13

         Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                 Movant                       CASE NO: 1-19-02388-HWV

         vs.

         BARBARA JEAN MCCLAIN

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.