United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Barbara Jean McClain  
    Debtor

Case No. 19-02388-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Feb 08, 2023     Form ID: ordsmiss     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Jean McClain, 4129 Beaufort Hunt Drive, Harrisburg, PA 17110-3711 |
| 5206085 | | Geisinger Health System, Attn: Patient Service Call Center, 100 North Academy Avenue, Danville, PA 17822-3902 |
| 5212721 | + | New Cumberland FCU, PO Box 658, New Cumberland, PA 17070-0658 |
| 5206087 | + | New Cumberland Federal Credit Union, 345 Lewisberry Road, New Cumberland, PA 17070-2306 |
| 5206088 | | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5206089 | + | Rocket Loans, 1274 Library St 2nd Floor, Detroit, MI 48226-2256 |
| 5206093 | + | West Shore Anesthesia Associates, PO Box 947, Chambersburg, PA 17201-0947 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Feb 08 2023 23:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5206082 | + | EDI: CITICORP.COM | Feb 08 2023 23:39:00 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5206083 | + | EDI: CITICORP.COM | Feb 08 2023 23:39:00 | CBNA / Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 5232494 | + | EDI: CITICORP.COM | Feb 08 2023 23:39:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5206084 | + | EDI: WFNNB.COM | Feb 08 2023 23:39:00 | Comenity Bank / Boscov's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5206086 | + | EDI: IRS.COM | Feb 08 2023 23:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5232938 | | EDI: PRA.COM | Feb 08 2023 23:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5231072 | | EDI: Q3G.COM | Feb 08 2023 23:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5213724 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 08 2023 18:39:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5206089 | + | Email/Text: OpsEscalations@RocketLoans.com | Feb 08 2023 18:38:00 | Rocket Loans, 1274 Library St 2nd Floor, Detroit, MI 48226-2256 |
| 5206242 | + | EDI: RMSC.COM | Feb 08 2023 23:39:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5206090 | | EDI: RMSC.COM | Feb 08 2023 23:39:00 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5206091 | | EDI: RMSC.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Feb 08 2023 23:39:00 | Synchrony Bank / Walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5206092 | | EDI: USAA.COM | Feb 08 2023 23:39:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-9876 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Barbara Jean McClain pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Barbara Jean McClain,      Chapter     13

    **Debtor 1**

                                         Case No.     1:19−bk−02388−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 8, 2023

ordsmiss (05/18)